Anne Geftman, Plaintiff-Appellant, v. William H. Geftman, Defendant-Appellee.

Gen. No. 47,282.

First District, Second Division.
May 13, 1958.
Rehearing denied June 3, 1958.
Released for publication June 4, 1958.

417

 Nathan Shefner, for appellant; Alfred F. Rueben, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.